# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALYN LA FLEUR SHEPARD,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; AIRPORT MARINA FORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 19-1569-DMG (AFMx)<br><br>**ORDER RE STIPULATION TO DISMISS CASE [19]** |

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **APPROVES** the joint stipulation and **DISMISSES** with prejudice the above-captioned action as to all parties and claims.

**IT IS SO ORDERED.**

DATED: June 4, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE